# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHAWN BUENDING, ROBERT DOHMEN, THOMAS K. BROWN, HARRY S. FIELDS, WENDY FIELDS, SHAWN MOORE and DAGMAR MOORE,

      Plaintiffs,

v.                                       Case No: 8:19-cv-1473-T-30SPF

TOWN OF REDINGTON BEACH,

      Defendant.

## ORDER

THIS CAUSE comes before the Court on Plaintiffs' Motion for Entry of Final Judgment as to Counts I and IV (Doc. 91). In an abundance of caution, the Court will grant the Motion and direct the Clerk to enter a final judgment on counts I and IV, as the Court concludes entry of the final judgment will not harm Defendant. Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Plaintiffs' Motion for Entry of Final Judgment as to Counts I and IV (Doc. 91) is GRANTED.

2. The Clerk is directed to enter a final summary judgment on Counts I and IV in favor of Plaintiffs and against Defendant, consistent with the Court's Order granting summary judgment (Doc. 74), stating:

    a. As to Count I, the Court declares as follows: The Town of Redington Beach's Ordinance 2018-03 is void in violation of § 163.035, Florida Statutes.

    b. As to Count IV, the Court declares as follows: The Town of Redington Beach violated Plaintiff Wendy Fields's First and Fourteenth Amendment rights under the U.S. Constitution by removing her from her volunteer position on the Board of Adjustment.

    c. As to Count IV, the Town of Redington Beach is enjoined from violating Plaintiff Wendy Fields's First and Fourteenth Amendment rights under the U.S. Constitution by removing her from her voluntary position on the Board of Adjustment based on her filing of the instant lawsuit.

3. Nothing in this Order affects the Final Judgment (Docs. 86 and 87) entered in favor of Plaintiffs on Counts II and III.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of April, 2020.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record